

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Sarina Kaplan*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*     *Main: (856) 757-5105*
*P.O. Box 2098*                    *Direct: (856) 757-5031*
*Camden, NJ 08101*                 *sarina.kaplan@usdoj.gov*

August 8, 2026

**<u>Via Electronic Filing</u>**
Hon. Claire C. Cecchi, U.S.D.J.
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> Re:    ***Rodas v Wilson, et. al.*, No. 26-cv-9694 (CCC)**
>        **Petitioner's Release**

Dear Judge Cecchi:

This Office represents Respondents in the above-referenced habeas matter. We respectfully submit this letter in response to the Court's August 7, 2026, Text Order granting the release of Petitioner. ECF No. 8. U.S. Immigration and Customs Enforcement ("ICE") advised this Office that it released Petitioner from its custody on August 7, 2026, at 5:30 p.m.

We thank the Court for its attention to this matter. Thank you for your consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    *s/ Sarina Kaplan*
       SARINA KAPLAN
       Assistant United States Attorney
       *Attorneys for Respondents*

In light of Petitioner's release, the Clerk's Office shall close this matter.

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:  8/13/2026